No. 02–10768.  NICKERSON v. ALASKA ET AL.  C. A. 9th Cir. Certiorari denied.

No. 02–10769.  CRUZ-GARCIA v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 02–10771.  MALDONADO v. ARCHULETA ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 02–10775.  AMBERS v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 02–10778.  MONTFORD v. MIAMI-DADE COUNTY, FLORIDA, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 02–10779.  LANGSTON v. WETHERINGTON, COMMISSIONER, GEORGIA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir. Certiorari denied.

No. 02–10786.  STRUCK v. BUREAU OF ALCOHOL, TOBACCO AND FIREARMS.  C. A. 7th Cir.  Certiorari denied.

No. 02–10789.  NICHOLS v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 02–10790.  MORENO v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 02–10792.  JOHNSON v. GREINER, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 02–10794.  DEDEAUX v. KELLY, SUPERINTENDENT, CENTRAL MISSISSIPPI CORRECTIONAL FACILITY.  C. A. 5th Cir.  Certiorari denied.

No. 02–10795.  BROWN, AKA WILLIAMS v. ROE, WARDEN. C. A. 9th Cir.  Certiorari denied.

No. 02–10796.  BARNES v. GIAMBRUNO, SUPERINTENDENT, WYOMING CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.